NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**COREPHOTONICS, LTD.,**
*Cross-Appellant*

---

2022-1325, -1327

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00878.

--------------------------------------------------

**COREPHOTONICS, LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2022-1453

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No., IPR2020-00897.

---------------------------------------------

**COREPHOTONICS, LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

_____

2022-1457

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No., IPR2020-00896.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Corephotonics, Ltd.'s motion to voluntarily dismiss its appeals, Appeal Nos. 2022-1453 and 2022-1457,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal Nos. 2022-1453 and 2022-1457 are dismissed.

(2) Each party shall bear its own costs with respect to Appeal Nos. 2022-1453 and 2022-1457.

APPLE INC. v. COREPHOTONICS, LTD.                                    3

(3) Appeal Nos. 2022-1453 and 2022-1457 are deconsolidated from the other above-captioned appeals, and the revised official captions are reflected above.



FOR THE COURT

October 12, 2022
    Date                          /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE (only as to Appeal Nos. 2022-1453 and 2022-1457):** October 12, 2022